Frances SISKOS, a Widow, Petitioner,

v.

Edwin BRITZ and Carol Britz, Husband and Wife, Bernard Gaul, Marlene A. Vrbanic, Charles E. Boggs, III, and Cheryl Kay Boggs, Husband and Wife, Respondent.

Supreme Court of Pennsylvania.

March 1, 2001.

## ORDER

PER CURIAM:

AND NOW, this 1st day of March, 2001, we GRANT this Petition for Allowance of Appeal limited to the following issue:

Did the Superior Court err in concluding that the trial court had subject matter jurisdiction to determine who had title, pursuant to Pa.R.C.P. 1061(b)(2), without first determining who had possession, pursuant to Pa.R.C.P. 1061(b)(1), and therefore whether an ejectment action would lie?